B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Indiana

In re  Raymundo Murillo, Sr.
Delia Murillo _____,      Case No.  18-3077-hcd


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  7885

Court Claim # (if known): ____ 4-1 ____
Amount of Claim:  $112,104.56
Date Claim Filed:  05/10/2018

Phone:  800.603.0836
Last Four Digits of Acct. #:  7885

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons _____     Date: 04/22/2020
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.