UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:
RAYMUNDOMURILLO SR                                    Case No: 18-30771
DELIA MURILLO                                          Chapter 13

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve Local Bankruptcy Form 3002.1-1 (a copy included with this Notice) on Debtor, Debtor's counsel and Trustee, pursuant to ND Indiana Local Bankruptcy Rule B-3002.1-1 and Fed. Bankr. Rule 3002.1(g).  This Response must provide all of the information required on the form and include a payoff statement or a payment history depending on the creditor's Response.

If the servicer fails to provide the information OR file the proper response form, they have 14 days to amend after notice by the Trustee.  If the servicer still fails to provide the information or amend, a Motion to Determine will be filed with the Court so that the matter can be set for hearing and the servicer may be subject to further action of the court including possible sanctions.

### MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | **SN SERVICING CORPORATION** |
| Court Claim Number: | **04**                              UCI: |
| Last Four of Loan Number: | 7885 |
| Property Address if available: | 15874 BURTSFIELD DR, GOSHEN, IN 46526 |

### FINAL CURE AMOUNT

| | |
|---|---|
| Pre-petition Arrearage as allowed: | $3,192.96 |
| Pre-petition Amount paid by the Trustee: | $3,192.96 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $650.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $650.00 |
| Total Disbursements by Trustee: | $40,782.69 |

### POST PETITION MORTGAGE PAYMENT

XX Mortgage is paid thru the
   Trustee conduit.

Current Monthly Mortgage Payment:
$723.16

Next post-petition payment due:
OCTOBER 2022

Mortgage is paid direct by
the Debtor.

**To the extent that the Debtor is not current on the date of this Notice, the creditor should file a Response indicating the same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the debtor and creditor. Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 21, 2022                                              Respectfully Submitted:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below September 21, 2022:

**By U.S. Mail as follows:**
Debtor:    RAYMUNDO MURILLO SR & DELIA MURILLO, 15874 BURTSFIELD DRIVE, GOSHEN, IN 46526
Creditor:    SN SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA 95501
Creditor Noticing Address:    SN SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA 95501

**By electronic e-mail to the U.S. Trustee and the Debtor Attorney:**
Debtor Attorney:    PATRICK M. SEESE
Creditor Attorney:        MOLLY SLUTSKY SIMONS
U.S. Trustee:    ustpregion10.so.ecf@usdoj.gov

Dated: September 21, 2022                                              /s/Debra L. Miller, Trustee

## Disbursements for Claim

Case: 18-30771    RAYMUNDO MURILLO SR

SN SERVICING CORPORATION
323 FIFTH STREET

EUREKA, CA   95501-

Acct No: 7885-1ST MTG POST PYMT

Sequence: 10
Modify:
Filed Date: 5/10/2018 12:00:00AM
Hold Code:

15874 BURTSFIELD DR GOSHEN IN 46526; PL PAYS; POC OK; POSS LOAN MOD PER 341?? EM CR 5.31.18; TRCL ACCT # 12.21.18; TRCL 1.18.19; 4/22/20 TRCL-NO CHG;

|  | Amt Sched: $110,000.00 | Debt: $108,731.38 | Interest Paid: $0.00 |
|---|---|---|---|
|  |  |  | Accrued Int: $0.00 |
|  | Amt Due: $723.16 | Paid: $36,939.73 | Balance Due: $71,791.65 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **0020** | **SN SERVICING CORPORATION** | | | | | | | |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2022 | 939052 | $723.16 | $0.00 | $723.16 | |
| | | | | | | | Payment for 9/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 08/01/2022 | 937685 | $723.16 | $0.00 | $723.16 | 08/10/2022 |
| | | | | | | | Payment for 8/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2022 | 936343 | $723.16 | $0.00 | $723.16 | 07/12/2022 |
| | | | | | | | Payment for 7/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2022 | 934966 | $723.16 | $0.00 | $723.16 | 06/14/2022 |
| | | | | | | | Payment for 5/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2022 | 934966 | $723.16 | $0.00 | $723.16 | 06/14/2022 |
| | | | | | | | Payment for 6/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2022 | 932189 | $715.27 | $0.00 | $715.27 | 04/15/2022 |
| | | | | | | | Payment for 4/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2022 | 930570 | $715.27 | $0.00 | $715.27 | 03/15/2022 |
| | | | | | | | Payment for 2/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2022 | 930570 | $715.27 | $0.00 | $715.27 | 03/15/2022 |
| | | | | | | | Payment for 3/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2022 | 927767 | $715.27 | $0.00 | $715.27 | 01/13/2022 |
| | | | | | | | Payment for 1/2022 | |
| 002-0 | SN SERVICING CORPORATION | | 12/01/2021 | 926326 | $715.27 | $0.00 | $715.27 | 12/10/2021 |
| | | | | | | | Payment for 12/2021 | |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2021 | 924910 | $715.27 | $0.00 | $715.27 | 11/18/2021 |
| | | | | | | | Payment for 11/2021 | |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2021 | 923714 | $715.27 | $0.00 | $715.27 | 10/13/2021 |
| | | | | | | | Payment for 10/2021 | |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2021 | 920498 | $715.27 | $0.00 | $715.27 | 09/15/2021 |
| | | | | | | | Payment for 9/2021 | |
| 002-0 | SN SERVICING CORPORATION | | 08/01/2021 | 919312 | $715.27 | $0.00 | $715.27 | 08/13/2021 |
| | | | | | | | Payment for 8/2021 | |

1

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 002-0 | SN SERVICING CORPORATION | | 07/01/2021 | 918080 | $715.27 | $0.00 | $715.27 | 07/13/2021 |
| | | | | | | | | Payment for 6/2021 |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2021 | 918080 | $715.27 | $0.00 | $715.27 | 07/13/2021 |
| | | | | | | | | Payment for 7/2021 |
| 002-0 | SN SERVICING CORPORATION | | 05/01/2021 | 915575 | $710.09 | $0.00 | $710.09 | 05/17/2021 |
| | | | | | | | | Payment for 5/2021 |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2021 | 914281 | $710.09 | $0.00 | $710.09 | 04/21/2021 |
| | | | | | | | | Payment for 4/2021 |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2021 | 912981 | $710.09 | $0.00 | $710.09 | 03/16/2021 |
| | | | | | | | | Payment for 3/2021 |
| 002-0 | SN SERVICING CORPORATION | | 02/01/2021 | 911769 | $710.09 | $0.00 | $710.09 | 02/17/2021 |
| | | | | | | | | Payment for 2/2021 |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2021 | 910511 | $710.09 | $0.00 | $710.09 | 01/22/2021 |
| | | | | | | | | Payment for 1/2021 |
| 002-0 | SN SERVICING CORPORATION | | 12/01/2020 | 909283 | $710.09 | $0.00 | $710.09 | 12/28/2020 |
| | | | | | | | | Payment for 12/2020 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2020 | 908042 | $710.09 | $0.00 | $710.09 | 11/20/2020 |
| | | | | | | | | Payment for 11/2020 |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2020 | 906799 | $710.09 | $0.00 | $710.09 | 10/28/2020 |
| | | | | | | | | Payment for 10/2020 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2020 | 905554 | $710.09 | $0.00 | $710.09 | 09/18/2020 |
| | | | | | | | | Payment for 9/2020 |
| 002-0 | SN SERVICING CORPORATION | | 08/01/2020 | 904300 | $710.09 | $0.00 | $710.09 | 08/18/2020 |
| | | | | | | | | Payment for 8/2020 |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2020 | 903066 | $4.47 | $0.00 | $4.47 | 07/13/2020 |
| | | | | | | | | Payment for 6/2020 |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2020 | 903066 | $710.09 | $0.00 | $710.09 | 07/13/2020 |
| | | | | | | | | Payment for 7/2020 |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2020 | 901653 | $705.62 | $0.00 | $705.62 | 06/15/2020 |
| | | | | | | | | Payment for 6/2020 |
| 002-0 | SN SERVICING CORPORATION | | 05/01/2020 | 898098 | $705.62 | $0.00 | $705.62 | 05/12/2020 |
| | | | | | | | | Payment for 5/2020 |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2020 | 896667 | $705.62 | $0.00 | $705.62 | 04/13/2020 |
| | | | | | | | | Payment for 4/2020 |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2020 | 895323 | $705.62 | $0.00 | $705.62 | 03/16/2020 |
| | | | | | | | | Payment for 3/2020 |
| 002-0 | SN SERVICING CORPORATION | | 02/01/2020 | 893968 | $705.62 | $0.00 | $705.62 | 02/14/2020 |
| | | | | | | | | Payment for 2/2020 |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2020 | 892629 | $705.62 | $0.00 | $705.62 | 01/09/2020 |
| | | | | | | | | Payment for 1/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 002-0 | SN SERVICING CORPORATION | | 12/01/2019 | 891316 | $705.62 | $0.00 | $705.62 | 12/19/2019 Payment for 12/2019 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2019 | 889942 | $705.62 | $0.00 | $705.62 | 11/29/2019 Payment for 11/2019 |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2019 | 888554 | $705.62 | $0.00 | $705.62 | 10/23/2019 Payment for 10/2019 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2019 | 887210 | $705.62 | $0.00 | $705.62 | 09/20/2019 Payment for 9/2019 |
| 002-0 | SN SERVICING CORPORATION | | 08/01/2019 | 885828 | $705.62 | $0.00 | $705.62 | 08/22/2019 Payment for 8/2019 |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2019 | 884437 | $705.62 | $0.00 | $705.62 | 07/22/2019 Payment for 7/2019 |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2019 | 883157 | $705.62 | $0.00 | $705.62 | 06/14/2019 Payment for 6/2019 |
| 002-0 | SN SERVICING CORPORATION | | 05/01/2019 | 881792 | $705.62 | $0.00 | $705.62 | 05/21/2019 Payment for 5/2019 |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2019 | 880440 | $705.62 | $0.00 | $705.62 | 04/15/2019 Payment for 4/2019 |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2019 | 879125 | $705.62 | $0.00 | $705.62 | 03/19/2019 Payment for 3/2019 |
| 002-0 | WILMINGTON SAVINGS FUND SOCIE | V | 02/28/2019 | 878013 | ($705.62) | $0.00 | ($705.62) | 03/01/2019 |
| 002-0 | SN SERVICING CORPORATION | M | 02/28/2019 | 878072 | $705.62 | $0.00 | $705.62 | 03/19/2019 Payment for 2/2019 |
| 002-0 | WILMINGTON SAVINGS FUND SOCIE | | 02/01/2019 | 878013 | $705.62 | $0.00 | $705.62 | 03/01/2019 Payment for 2/2019 |
| 002-0 | US BANK TRUST NA | | 01/01/2019 | 876501 | $705.62 | $0.00 | $705.62 | 01/15/2019 Payment for 1/2019 |
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 12/01/2018 | 874306 | $705.62 | $0.00 | $705.62 | 12/12/2018 Payment for 12/2018 |
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 11/01/2018 | 872977 | $705.62 | $0.00 | $705.62 | 11/13/2018 Payment for 11/2018 |
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 10/01/2018 | 871657 | $705.62 | $0.00 | $705.62 | 10/09/2018 Payment for 9/2018 |
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 10/01/2018 | 871657 | $705.62 | $0.00 | $705.62 | 10/09/2018 Payment for 10/2018 |
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 09/01/2018 | 870287 | $705.62 | $0.00 | $705.62 | 09/11/2018 Payment for 8/2018 |
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 07/01/2018 | 867284 | $705.62 | $0.00 | $705.62 | 07/11/2018 Payment for 6/2018 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 002-0 | CARRINGTON MORTGAGE SERVICES | | 07/01/2018 | 867284 | $705.62 | $0.00 | $705.62 | 07/11/2018 |
| | | | | | DisbDescrp: Payment for 7/2018 | | | |
| | | | | Sub-totals: | $36,939.73 | $0.00 | $36,939.73 | |
| | | | | Grand Total: | $36,939.73 | $0.00 | | |

4

## Disbursements for Claim

**Case:** 18-30771    **RAYMUNDO MURILLO SR**

SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA  95501-

Acct No: 7885-1ST MTG PRE ARRS

Sequence: 20
Modify:
Filed Date: 5/10/2018 12:00:00AM
Hold Code:

15874 BURTSFIELD DR GOSHEN IN 46526; PL PAYS - EST $0; POC OK; TRCL & ACCT # 12.21.18; TRCL 1.18.19; 4/22/20 TRCL NO CHG;

|  | Debt: | $3,192.96 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $3,192.96 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **0030** | **SN SERVICING CORPORATION** | | | | | | | |
| 003-0 | SN SERVICING CORPORATION |  | 06/01/2019 | 883157 | $391.71 | $0.00 | $391.71 | 06/14/2019 |
| 003-0 | SN SERVICING CORPORATION |  | 05/01/2019 | 881792 | $1,455.24 | $0.00 | $1,455.24 | 05/21/2019 |
| 003-0 | SN SERVICING CORPORATION | C | 04/30/2019 | 0 | ($200.43) | $0.00 | ($200.43) | |
|  |  |  |  |  |  |  | Cred Rfd Chk #: 8004710 | |
| 003-0 | SN SERVICING CORPORATION |  | 04/01/2019 | 880440 | $591.96 | $0.00 | $591.96 | 04/15/2019 |
| 003-0 | SN SERVICING CORPORATION | C | 03/31/2019 | 0 | ($196.43) | $0.00 | ($196.43) | |
|  |  |  |  |  |  |  | Cred Rfd Chk #: 8004142 | |
| 003-0 | SN SERVICING CORPORATION |  | 03/01/2019 | 879125 | $617.45 | $0.00 | $617.45 | 03/19/2019 |
| 003-0 | WILMINGTON SAVINGS FUND SOCIE | V | 02/28/2019 | 878013 | ($533.46) | $0.00 | ($533.46) | 03/01/2019 |
| 003-0 | SN SERVICING CORPORATION | M | 02/28/2019 | 878072 | $533.46 | $0.00 | $533.46 | 03/19/2019 |
| 003-0 | WILMINGTON SAVINGS FUND SOCIE |  | 02/01/2019 | 878013 | $533.46 | $0.00 | $533.46 | 03/01/2019 |

Sub-totals: $3,192.96    $0.00    $3,192.96

Grand Total: $3,192.96    $0.00

1

# Disbursements for Claim

Case: 18-30771    RAYMUNDO MURILLO SR

WILMINGTON SAVINGS FUND SOCIETY FSB AS TRUSTEE O
STANWICH MORTGAGE LOAN
1600 SOUTH DOUGLASS ROAI
ANAHEIM, CA 92806-

Sequence: 30
Modify:
Filed Date: 8/23/2018 12:00:00AM
Hold Code:

Acct No: 7885--NOTICE OF FEES 8.23.

NOTICE OF FEES 8.23.18 - WITHIN GUIDELINES; EM ATTY 8.24.18; NO RESPONSE REMOVED HOLD; TRCL & ACCT # 12.21.18; TRCL 1.18.19; 4/22/20 TRCL NO CHG;

|  |  | Debt: | $650.00 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- |
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $650.00 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **0650** | **WILMINGTON SAVINGS FUND SOCIETY FSB AS TRUSTEE OF** | | | | | | | |
| 065-0 | WILMINGTON SAVINGS FUND SOCIE | V | 08/28/2019 | 886002 | ($208.31) | $0.00 | ($208.31) | 08/28/2019 |
| 065-0 | SN SERVICING CORPORATION | M | 08/28/2019 | 886072 | $208.31 | $0.00 | $208.31 | 09/20/2019 |
| 065-0 | WILMINGTON SAVINGS FUND SOCIE |  | 08/01/2019 | 886002 | $208.31 | $0.00 | $208.31 | 08/28/2019 |
| 065-0 | WILMINGTON SAVINGS FUND SOCIE |  | 07/01/2019 | 884608 | $323.44 | $0.00 | $323.44 | 07/10/2019 |
| 065-0 | WILMINGTON SAVINGS FUND SOCIE |  | 06/01/2019 | 883330 | $118.25 | $0.00 | $118.25 | 06/24/2019 |
|  |  |  |  | Sub-totals: | $650.00 | $0.00 | $650.00 | |
|  |  |  |  | Grand Total: | $650.00 | $0.00 | | |

1

**B-3002.1-1**
**Response to Notice of Final Cure**

(a)    A Response to a Notice of Final Cure shall be filed on Local Form 3002.1-1 and include a copy of the payoff statement as defined by 12 C.F.R. §1026.36(c)(3) (Eff. 1/10/14). If the Response is not on the proper form or accompanied by the payoff statement, the Response shall be amended within 14 days of notice by the Trustee of the deficiency.

(b)    Trustee shall serve a blank copy of local form 3002.1-1 required by this rule along with the Notice of Final Cure.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN THE MATTER OF:            )
                             )
LOCAL RULES OF PRACTICE      )
                             )

### ORDER AMENDING LOCAL BANKRUPTCY RULES

Notice of proposed amendments to the local rules of this court was given to the bar and the public on October 4, 2019. The last date for submitting comments concerning the proposed amendments was December 4, 2019, and the court has considered all comments received. Effective January 1, 2021, the local rules of the court are amended as follows:

The court adopts a new local rule and corresponding form, Local Bankruptcy Form 3002.1-1 (a copy of which is attached), addressing a response to notice of final cure. The new Local Bankruptcy Rule B-3002.1-1, Response to Notice of Final Cure, reads:

(a) A Response to a Notice of Final Cure shall be filed on Local Form 3002.1-1 and include a copy of the payoff statement as defined by 12 C.F.R. §1026.36(c)(3) (Eff. 1/10/14). If the Response is not on the proper form or accompanied by the payoff statement, the Response shall be amended within 14 days of notice by the Trustee of the deficiency.

(b) Trustee shall serve a blank copy of local form 3002.1-1 required by this rule along with the Notice of Final Cure.

SO ORDERED.

Dated: December 10, 2020

/s/
Robert E. Grant, Chief Judge
United States Bankruptcy Court

/s/
Harry C. Dees, Jr., Judge
United States Bankruptcy Court

/s/
James R. Ahler, Judge
United States Bankruptcy Court

/s/
Kent Lindquist, Judge
United States Bankruptcy Court

Fill in this information to identify the case:

Debtor 1 _____ (post publication draft) _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

# Local Bankruptcy Form 3002.1-1

## Response to Notice of Final Cure Payment                    10/19

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: _____

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: ___ ___ ___ ___

Property address:
_____
Number    Street

_____
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☐ Creditor **agrees** that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor **disagrees** that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) **are current** with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs. Creditor provides the following information as required pursuant to NDIN L.R. 3002.1 as of the date of this Response:

Date last payment was received on the mortgage:    $ _____

Date next post-petition payment from the debtor(s) is due:    $ _____

Amount of the next post petition payment due:    $ _____

Unpaid principal balance of the loan:    $ _____

Additional amounts due for any deferred or accrued interest:    $ _____

Balance of the escrow account:    $ _____

Balance of unapplied funds or funds held in a suspense account:    $ _____

LBF 3002.1-1                    Response to Notice of Final Cure Payment                    page 1

❑ Creditor states that the debtor(s) **are not current** on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total post-petition ongoing payments due:                              $_____

   b. Total fees, charges, expenses and costs outstanding:                   $_____

   c. Total negative escrow amount:                                          $_____

   d. **Total**. Add lines a , b and c.                                      $_____

   Creditor asserts that the debtor(s) are contractually
   due for the monthly payment that first became due on:                    ___/___/_____
                                                                            MM   DD   YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*
❑ I am the creditor.
❑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____        Date ___/___/_____
   Signature

Print  _____      Title _____
       First Name   Middle Name   Last Name

Company _____

If different from the notice address listed on the proof of claim to which this response applies:

Address _____
        Number      Street

        _____
        City            State        ZIP Code

Contact phone ( _____ ) _____ – _____    Email _____